427 A.2d 1160
COMMONWEALTH of Pennsylvania
v.
Floyd Edward FILBY, Appellant.
Supreme Court of Pennsylvania.
Submitted March 2, 1981.
Decided April 15, 1981.

Janette Baisley-Worstell, Asst. Public Defender, Washington, for appellant.

Herman J. Bigi, Dist. Atty., Debbie O'Dell, Asst. Dist. Atty., Washington, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Washington County is affirmed.